# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ruben Hernandez

                       Plaintiff,

v.                                                   Case No.: 1:23−cv−15375
                                                                     Honorable Lindsay C. Jenkins

Reynaldo Guevara, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The unopposed motion for an extension of time [105] is granted. The County Defendants' responsive pleading is now due by March 7, 2025. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.