IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RUBEN HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-15375 |
| REYNALDO GUEVARA, *et al.* | ) The Honorable Lindsay C. Jenkins |
| Defendants. | ) Magistrate Judge Heather K. McShain |

**PLAINTIFF HERNANDEZ'S AGREED MOTION TO STAY BRIEFING ON COUNTY DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff, Ruben Hernandez ("Hernandez"), by and through his undersigned counsel, and respectfully requests this Court to Stay the Briefing Schedule on County Defendants' Motion to Dismiss Plaintiff's Corrected Amended Complaint. In support, Plaintiff states as follows:

1. On October 15, 2025, County Defendants refiled their Motion to Strike and Dismiss; *Hernandez*, ECF No. 128-129.

2. On November 14, 2025, Judge Lindsay Jenkins granted Plaintiff's unopposed motion for an extension of time, ordering that Plaintiff's response to County Defendants' Motion to Dismiss and Strike to be due by January 08, 2026. ECF No. 155.

3. On December 09, 2025, Plaintiff Hernandez and the County Defendants informed Magistrate Judge Heather McShain that they had reached a settlement. ECF No. 139. The parties are in the process of finalizing the settlement agreement documents and presenting to the Cook County Board.

4. Because the case between Plaintiff Hernandez and the County Defendants has settled, Plaintiff Hernandez requests the briefing schedule be stayed pending the filing of a stipulation for dismissal.

5. Counsels for Plaintiff Hernandez have conferred with Counsel for County Defendants, who agree with this motion.

6. No prejudice would exist to the other parties or deadlines as no changes to the allegations have been made.

WHEREFORE, Plaintiff Hernandez respectfully requests this Honorable Court stay the briefing schedule on County Defendant's Motion to Dismiss and Strike, pending the filing of a Stipulation for Dismissal.

Dated: January 06, 2026

Respectfully Submitted,

**Ruben Hernandez**

By: *Clayton A. Mieszala*
*One of Plaintiff's Attorneys*

Daniel J. Stohr
311 North Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 726-1180
Dan@DanStohr.com

Thomas G. Gardiner
Clayton A. Mieszala
GARDINER KOCH WEISBERG & WRONA
121 W Wacker Drive
Suite 36000
Chicago, Illinois 60601
(312) 362-0000
tgardiner@gkwwlaw.com
cmieszala@gkwwlaw.com

## CERTIFICATE OF SERVICE

      I, Clayton A. Mieszala, an attorney, hereby certify that on January 06, 2026, I caused the foregoing Plaintiff Hernandez' Agreed Motion to Stay Briefing Schedule to be served on all counsel of record.

/s/ Clayton A. Mieszala
*One of Plaintiff's Attorneys*