**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RUBEN HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-cv-15375 |
| v. | ) |
| | ) |
| REYNALDO GUEVARA, *et al.* | ) The Honorable Lindsay C. Jenkins |
| | ) |
| | ) Magistrate Judge Heather K. McShain |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL OF COUNTY DEFENDANTS

Plaintiff Ruben Hernandez, and Defendants Hon. Michael J. Hood, Brendan McGuire, and Cook County (collectively, the "County Defendants") by and through their undersigned counsels, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against the County Defendants, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: March 06, 2026                    Respectfully Submitted,

**Ruben Hernandez**

By:_Clayton A. Mieszala_____
*One of Plaintiff's Attorney*s

Daniel J. Stohr
311 North Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 726-1180
Dan@DanStohr.com

Thomas G. Gardiner
Clayton A. Mieszala
GARDINER KOCH WEISBERG & WRONA
121 W Wacker Drive
Suite 36000
Chicago, Illinois 60601
(312) 362-0000
tgardiner@gkwwlaw.com
cmieszala@gkwwlaw.com

/s/   Michael J. Czopkiewicz
Attorney for ASA Defendants,
        Hon. Michael J. Hood,
        Brendan McGuire

Sean O'Callaghan
Michael J. Czopkiewicz
O'Mara & O'Callaghan, LLC
230 W. Monroe, Suite 2620
Chicago, IL 60606
Phone: (312) 600-5588
michael.c@O2lawyers.com

/s/ Kelli Huntsman
Attorney for Defendant Cook County
Kelli Huntsman
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
Phone: (312) 603-7379
Kelli.huntsman@cookcountysao.org

2

## CERTIFICATE OF SERVICE

I, Clayton A. Mieszala, an attorney, hereby certify that on March 03, 2026, I caused the foregoing Plaintiff Hernandez's Joint Stipulation of Dismissal to be served on all counsel of record.

/s/ Clayton A. Mieszala
*One of Plaintiff's Attorneys*